## LESSER v. CRAIG.

No. 2104.   Opinion Filed October 15, 1912.

*Error from Oklahoma County Court;*
*Sam Hooker, Judge.*

Action in replevin by Fair Craig, plaintiff below, defendant in error, against David Lesser, defendant below, plaintiff in error, to recover two mules. Judgment for plaintiff, and defendant brings error.   Affirmed.

*Lee F. Wilson* and *E. G. Wilson,* for plaintiff in error.

*W. F. Wilson* and *John Tomerlin,* for defendant in error.

Opinion by AMES, C.   The only error assigned is that the court erred in directing a verdict for the plaintiff, but this cannot be considered for two reasons.   The case-made was not served within the time allowed by the order of the court, and, therefore, cannot be considered, and no motion for new trial was filed by the defendant.   The case should, therefore, be affirmed.

By the Court:   It is so ordered.